UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GARY L. LEWIS,

              Plaintiff,

     vs.

SAN PABLO LYTTON CASINO & CHRIST TOPHER

          Defendants.

Case No:  C 11-5060 SBA

**ORDER DISMISSING ACTION**

      Plaintiff Gary L. Lewis filed the instant pro se action, apparently pursuant to 42 U.S.C. § 1983, against San Pablo Lytton Casino and "Christ Topher," along with a request to proceed in forma pauperis ("IFP").  Dkt. 1, 4.  On November 18, 2011, the Court dismissed the action for failure to state a claim, and gave Plaintiff until December 9, 2011 to amend his complaint.  Dkt. 15.  The Court expressly warned Plaintiff that if he failed to file an amended complaint by that deadline, the Court would dismiss the action under Federal Rule of Civil Procedure 41(b) and terminate the action.  Id. at 4.  To date, Plaintiff has not filed an amended complaint.  As such, the Court finds that dismissal of the action is appropriate.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).  Accordingly,

      IT IS HEREBY ORDERED THAT the instant action is DISMISSED without prejudice.  The Clerk shall close the file and terminate any pending matters.

      IT IS SO ORDERED.

Dated:  January 17, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LEWIS et al,

              Plaintiff,

  v.

SAN PABLO LYTTON CASINO et al,

              Defendant.

_____/

Case Number: CV11-05060 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary L. Lewis
P.O. Box 99194
Emeryville,  CA 94608

Dated: January 17, 2012

              Richard W. Wieking, Clerk

              By: LISA R CLARK, Deputy Clerk